IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDY THOMAS, <br><br> Plaintiff, <br><br> v. <br><br> JONES DAY, <br><br> Defendant. | Case No.: 21-cv-10245 |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Defendant Jones Day in the above-captioned action.

Dated: February 12, 2021
Boston, Massachusetts

Respectfully submitted,

JONES DAY

By: */s/ Kate Wallace*
Kate Wallace (BBO # 665503)
100 High Street 21st Floor
Boston, Massachusetts 02110
Telephone: (617) 449-6893
Facsimile: (617) 449-6999
kwallace@jonesday.com

*Attorneys for Defendant Jones Day*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2021, I electronically filed the foregoing document using the Court's CM/ECF system and served the same on the below-listed counsel for Plaintiff Judy Thomas by First-Class mail, with courtesy copies by overnight mail and e-mail.

    Suzanne L. Herold
    Herold Law Group, P.C.
    50 Terminal Street
    Building 2, Suite 716
    Charlestown, MA 02129
    suzie@heroldlawgroup.com

    */s/ Kate Wallace*
    Kate Wallace