UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDY THOMAS,<br><br>        Plaintiff,<br><br>-against-<br><br>JONES DAY,<br><br>        Defendant. | Case No.: 21-cv-10245 |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Defendant Jones Day in the above-captioned action.  The Court granted Jones Day's motion for my *pro hac vice* admission on October 26, 2021.  (Dkt. 17.)

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>JONES DAY, |
| Dated:  October 29, 2021<br>       New York, NY | By its counsel,<br> /s/ *Ilana R. Yoffe*<br>   Jones Day<br>   Ilana R. Yoffe<br>   250 Vesey Street<br>   New York, NY 10281<br>   Telephone:  (212) 326-3747<br>   Facsimile:  (212) 755-7306<br>   iyoffe@jonesday.com<br><br>*Attorneys for Defendant Jones Day* |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 29, 2021, I electronically filed the foregoing document using the Court's CM/ECF system.

Dated: October 29, 2021  
        New York, NY

By: /s/ *Ilana R. Yoffe*  
    Ilana R. Yoffe