UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDY THOMAS,<br><br>      Plaintiff,<br><br>v.<br><br>JONES DAY<br><br>      Defendant. | CIVIL ACTION NO. 1:21-cv-10245 |

**PLAINTIFF'S ASSENTED-TO MOTION TO CONTINUE MEDIATION**

NOW COMES Plaintiff, Judy Thomas, and with the assent of Defendant, Jones Day, respectfully requests that the Court continue mediation from Thursday, February 24, 2022 to March 1, 2022 or another day convenient to this Court.

As grounds therefore, Plaintiff's counsel states that the current mediation falls on school vacation week, and Plaintiff's counsel will be traveling out of state at that time.

WHEREIN, Plaintiff, with the assent of Defendant, requests that the mediation be rescheduled.

                                            Respectfully submitted,
                                            **JUDY THOMAS,**
                                            By her attorney,

                                            */s/ Suzanne L. Herold*

                                            Suzanne L. Herold (BBO No. 675808)

HEROLD LAW GROUP, P.C.<br>
50 Terminal Street<br>
Building 2, Suite 716<br>
Charlestown, MA 02129<br>
(617) 944-1325 (t)<br>
(617) 398-2730 (f)<br>
suzie@heroldlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2021, a true and accurate copy of this document was served on Defendants' counsel via email.

*/s/ Suzanne L. Herold*

_____

Suzanne L. Herold