**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


Judy Thomas
Plaintiff

v.                                                      CIVIL ACTION
                                                        NO. 1:21-CV-10245-JCB


Jones Day
Defendant


**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE JENNIFER C. BOAL

[ X ]   The parties have informed the court that they wish to withdraw their request for ADR at this time because they have settled the case on their own.


[   ]   On_____, I held the following ADR proceedings:

_____   SCREENING CONFERENCE           _____   EARLY NEUTRAL EVALUATION
_____   FOLLOWUP CONFERENCE            _____   SUMMARY BENCH / JURY TRIAL
_____   MINI-TRIAL                     _____   MEDIATION


[   ]   All parties were represented by counsel.

[   ]   The parties were either present in person or represented by counsel.

The case was:

[   ]   _____

[   ]   There was significant progress.

[   ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.   This case should be restored to your trial list.

[   ]   Suggested strategy to facilitate settlement: await further word from the parties.

[   ]   Other:._____


March 10, 2022,                         /s/ Kenneth P. Neiman
DATE                                    ADR Provider
                                        KENNETH P. NEIMAN, U.S. Magistrate Judge