```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF MASSACHUSETTS
```

**Judy Thomas**

**V.**                              CIVIL ACTION NO. 1:21-cv-10245-JCB

**Jones Day**

### SETTLEMENT ORDER OF DISMISSAL

**BOAL, M.J.**

   The Court have been advised that the above-entitled action has been settled.

   IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **sixty (60) days**, to reopen the action if settlement is not consummated.

|  |  |
|---|---|
| March 10, 2022 | /s/ Steve K. York<br>---------------------------<br>**Deputy Clerk** |